ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/29/2025 11:14 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00061-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/29/2025 11:14:20 AM
CHRISTOPHER A. PRINE
Clerk

**FRANCISCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY AND FORT BEND COUNTY,**
*Appellants*,

**v.**

**JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITTANE SMITH, DECEASED, AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER AND GREATER HOUSTON PSYCHIATRIC ASSOCIATES, PLLC,**
*Appellees.*

On Appeal from the 11th Judicial District Court, Houston, Texas
Cause No. 2024-78536

**UNOPPOSED MOTION TO EXTEND DEADLINE**
**TO FILE APPELLANT ALJ OKONKWO'S BRIEF**

Dated: May 29, 2025

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellant Francisca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her Official Capacity ("Appellant ALJ Okonkwo") respectfully moves this Court for an extension of the deadline for filing Appellant's brief. In support, Appellant ALJ Okonkwo shows as follows:

1.      Appellants' briefs are currently due Tuesday, June 3, 2025. Counsel for Appellant ALJ Okonkwo requests a ten-day extension to complete this brief, until Friday, June 13, 2025.

2.      Counsel for Appellant ALJ Okonkwo seeks additional time because he has been occupied with preparation on an accelerated timeline for and participation in a two-day hearing in Travis County District Court.

3.      Counsel for Appellant ALJ Okonkwo requires a brief extension to finalize Appellant ALJ Okonkwo's brief.

4.      Counsel for Appellant ALJ Okonkwo has conferred with counsel for Appellant Fort Bend County, counsel for Appellee Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, Deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, and counsel for Appellee Greater Houston Psychiatric Associates, PLLC about this motion, and all are unopposed.

5.      Appellant ALJ Okonkwo has agreed to extend the deadline for Appellee Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, Deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, and Appellee Greater Houston Psychiatric Associates, PLLC to file their Appellee Briefs to Monday, July 14, 2025.

6.      Appellant ALJ Okonkwo moves for this extension not to delay proceedings but to allow her counsel sufficient time to adequately finalize and file ALJ Okonkwo's brief to fully address the issues found in the instant appeal. This is Appellant ALJ Okonkwo's first request for extension of time.

ACCORDINGLY, Appellant Francisca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her Official Capacity respectfully requests an extension of time to and including Friday, June 13, 2025, to file and serve her brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ James Brazell*
JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
James.Brazell@oag.texas.gov

ATTORNEYS FOR APPELLANT
FRANCISCA OKONKWO, ADMINISTRATIVE LAW
JUDGE, TEXAS DEPARTMENT OF INSURANCE,
DIVISION OF WORKERS' COMPENSATION, IN HER
OFFICIAL CAPACITY

**CERTIFICATE OF CONFERENCE**

On May 29, 2025, the undersigned conferred with counsel for Appellant Fort Bend County, counsel for Appellee Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, Deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, and counsel for Appellee Greater Houston Psychiatric Associates, PLLC, and all parties are unopposed to this motion.

/s/ James Brazell
JAMES Z. BRAZELL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served on the 29th day of May 2025 upon the following:

DEAN G. PAPPAS
State Bar No. 15454375
MARY M. MARKANTONIS
State Bar No. 12986800
LISA M. TEACHEY
State Bar No. 24056416
MARILYN J. ALLEN
State Bar No. 24025225
DEAN G. PAPPAS LAW FIRM, PLLC
8588 Katy Freeway, Suite 100
Houston, Texas 77024
Telephone: (713) 914-6200
Facsimile: (713) 914-6201
dpappas@dgplawfirm.com
mmarkantonis@dgplawfirm.com
lteachey@dgplawfirm.com
mallen@dgplawfirm.com

ATTORNEYS FOR APPELLANT
FORT BEND COUNTY

RUSSELL L. MORRIS
State Bar No. 24099150
ANDREW W. BRUCE
State Bar No. 24113627
PABLO A. FRANCO
State Bar No. 24121625
MCBRYDE FRANCO, PLLC
11000 Richmond Avenue, Suite 350
Houston, Texas 77042
Telephone: (713) 223-7699
Facsimile: (512) 691-9072
Serv.russell@mf-txlaw.com
Serv.andrew@mf-txlaw.com
Serv.pablo@mf-txlaw.com

ATTORNEYS FOR APPELLEE HEILIGER

LAVERNE CHANG
State Bar No. 00783819
CARDWELL & CHANG, PLLC
511 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 222-6025
Chang@cardwellchang.com

ATTORNEY FOR APPELLEE GREATER HOUSTON
PSYCHIATRIC ASSOCIATES, PLLC

*/s/ James Brazell*
JAMES Z. BRAZELL
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Meridith Fischer on behalf of James Brazell
Bar No. 2930100
meridith.fischer@oag.texas.gov
Envelope ID: 101377147
Filing Code Description: Motion
Filing Description: Unopposed Motion to Extend Deadline to File Appellant's Brief
Status as of 5/29/2025 11:21 AM CST

Associated Case Party: Fort Bend County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 5/29/2025 11:14:20 AM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 5/29/2025 11:14:20 AM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 5/29/2025 11:14:20 AM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 5/29/2025 11:14:20 AM | SENT |

Associated Case Party: Greater Houston Psychiatric Associates, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laverne Chang | 783819 | chang@cardwellchang.com | 5/29/2025 11:14:20 AM | SENT |

Associated Case Party: JoshuaDavidHeiliger

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 5/29/2025 11:14:20 AM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 5/29/2025 11:14:20 AM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 5/29/2025 11:14:20 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 5/29/2025 11:14:20 AM | SENT |

Associated Case Party: Francisca Okonkwo, ALJ, TDI-DWC

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Meridith Fischer on behalf of James Brazell
Bar No. 2930100
meridith.fischer@oag.texas.gov
Envelope ID: 101377147
Filing Code Description: Motion
Filing Description: Unopposed Motion to Extend Deadline to File Appellant's Brief
Status as of 5/29/2025 11:21 AM CST

Associated Case Party: Francisca Okonkwo, ALJ, TDI-DWC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/29/2025 11:14:20 AM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 5/29/2025 11:14:20 AM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 5/29/2025 11:14:20 AM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 5/29/2025 11:14:20 AM | SENT |